**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01406-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-14,

    Defendants.

---

**ORDER OF DISMISSAL AS TO JOHN DOES
1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13 AND 14, ONLY**

---

**Blackburn, J.**

The matter before me is **Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Does 1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13 and 14 Only** [#20][1] filed October 15, 2012. After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's claims against defendants John Does 1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13 and 14 should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Does 1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13 and 14 Only** [#20] filed October 15, 2012, is **APPROVED**;

2. That plaintiff's claims against defendants John Does 1, 2, 3, 4, 5, 6, 8, 9, 10,

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

11, 12, 13 and 14 are **DISMISSED WITHOUT PREJUDICE**; and

    3.  That defendants John Does 1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13 and 14 are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

    Dated October 15, 2012, at Denver, Colorado.

                                **BY THE COURT:**

                                */s/ Robert E. Blackburn*
                                Robert E. Blackburn
                                United States District Judge