IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01406-REB-MEH

MALIBU MEDIA, LLC,

　　　　Plaintiff,

v.

KATHY SNIDER,

　　　　Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 15, 2012.**

　　　　In light of the Amended Complaint filed October 12, 2012, Defendant John Doe #5's Motion to Dismiss Pursuant to Rule 12(b)(5) [filed October 11, 2012; docket #17] is **denied as moot**. John Doe #5 does not appear in the Amended Complaint, and was voluntarily dismissed by the Plaintiff on October 15, 2012.