**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01406-REB-MEH

MALIBU MEDIA, LLC,

     Plaintiff,

v.

KATHY SNIDER,

     Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

The matter is before me on the **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Kathy Snider** [#30][1] filed November 8, 2012. After reviewing the notice and the record, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Kathy Snider** [#30] filed November 8, 2012, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE**.

Dated November 8, 2012, at Denver, Colorado.

                            **BY THE COURT:**

                            */s/ Robert E. Blackburn*
                            Robert E. Blackburn
                            United States District Judge

---

[1] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.